# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HAROLD SAUNDERS, JR., <br><br> Petitioner, <br><br> v. <br><br> R. PHILIP GUTIERREZ, Warden, <br><br> Respondent. | Case No. CV 11-6371-SJO (JEM) <br><br> **JUDGMENT** |

   In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

November 25, 2011.

DATED: _____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE